Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALI M. HABIB,<br><br>Defendant. | Docket Number 6:19-po-00212-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: September 12, 2019          /S/ Susan St. Vincent_____
                                   Susan St. Vincent
                                   Legal Officer
                                   Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the above referenced matter, *United States v. Habib* 6:19-po-00212-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE